UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BASHEEN RUSH,<br><br>                 Plaintiff,<br><br>-against-<br><br>ANTHONY ANNUCCI, ACTING COMMISSIONER FOR THE NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, et al.,<br><br>                 Defendants. | 20-CV-1165 (CM)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued February 24, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under case number 19-CV-11830 (CM). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  February 24, 2020
           New York, New York

                                                      COLLEEN McMAHON
                                               Chief United States District Judge